UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESMON SANCHEZ LOPEZ, | Case No. 2:24-cv-01633-CBM-JC |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| WARDEN, FCC-LOMPOC LOW II, | |
| Respondent | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the May 21, 2024 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is denied and the Petition and this action are dismissed with prejudice; (2) Judgment shall be entered accordingly; and (3) the Clerk shall serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

DATED: JULY 17, 2024

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE