**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESMON SANCHEZ LOPEZ,

Petitioner,

v.

WARDEN, FCC-LOMPOC LOW II,

Respondent.

Case No. 2:24-cv-01633-CBM-JC

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is denied and the Petition and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: JULY 17, 2024

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE